331 A.2d 658
In re RECANVASS OF ABSENTEE VOTES IN the 42D
WARD, 3D, 22D AND 23D DIVISIONS.

Appeal of Edward GALLOP et al.

Supreme Court of Pennsylvania.

Argued Jan. 14, 1975.

Decided Feb. 20, 1975.

Rehearing Denied March 25, 1975.

Frank M. Jackson, Herbert S. Levin, Franchot A. S. Golub, L. B. Stapleton, Philadelphia, for appellants.

Stephen P. Gallagher, Nicholas Panarella, Jr., Larrick B. Stapleton, Philadelphia, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.

NIX, J., did not participate in the consideration or decision of this case.